# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10 Civ. 4270 (SHS) |
| KENNETH IRA STARR, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Securities and Exchange Commission, in addition to other counsel of record

Date: 05/28/2010

*Attorney's signature*

JOHN J. GRAUBARD - JG4854
*Printed name and bar number*

Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Room 400
New York NY 10281-1022
*Address*

graubardj@sec.gov
*E-mail address*

(212) 336-0084
*Telephone number*

(212) 336-1319
*FAX number*