USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION, :     10 Civ. 4270 (SHS)

                          Plaintiff,              :     <u>ORDER</u>

                          -against-                 :

KENNETH IRA STARR, STARR INVESTMENT : 
ADVISORS, LLC, and STARR & CO., LLC,

                          Defendants.        :

DIANE PASSAGE and COLCAVE, LLC,

                          Relief Defendants.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

A conference having been held today in open court, with only counsel for plaintiff appearing and no other appearances having been made,

IT IS HEREBY ORDERED that:

1.       Aurora Cassirer, Esq. of Troutman Sanders LLP is appointed as interim monitor. Ms. Cassirer shall have the authority to monitor the expenses and transfers into and out of Starr Investment Advisors, LLC, Starr & Co., LLC, and Colcave, LLC. No expense in excess of $1,000 may be paid by any of the three entities without the prior approval of the monitor. The monitor shall be given access to all books and records, officers and employees, and any outside advisors, including attorneys and accountants.

2.       No transfers of funds by those entities may be made to any of the individual defendants or relief defendants.

3. The terms of the temporary restraining order signed on May 27, 2010 remain in effect until the hearing on plaintiff's request for issuance of a preliminary injunction which is scheduled for June 10, 2010, at 9:30 a.m. If defendants and relief defendants fail to appear in this action on or before June 4, 2010, plaintiff may move before this Court on June 7, 2010, at 11:00 a.m. for the appointment of a receiver.

Dated: New York, New York
      June 1, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.