# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10 Civ. 4270 (SHS) |
| KENNETH IRA STARR, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Securities and Exchange Commission, in addition to other counsel of record.

Date: 06/02/2010

*Attorney's signature*

Timothy Casey (TC-3857)
*Printed name and bar number*

New York Regional Office - SEC
3 World Financial Center, Room 400
New York, NY 10281

*Address*

caseyt@sec.gov
*E-mail address*

(212) 336-1014
*Telephone number*

(212) 336-1320
*FAX number*