# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| U.S. Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10-cv-4270 |
| Kenneth I. Starr, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the U.S. Securities and Exchange Commission

Date: 06/02/2010

*SMS*
*Attorney's signature*

Sandeep M. Satwalekar SS8473
*Printed name and bar number*

3 World Financial Center, Room 400
New York, NY 10281

*Address*

satwalekars@sec.gov
*E-mail address*

(212) 336-0161
*Telephone number*

(212) 336-1324
*FAX number*