UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- :

SECURITIES AND EXCHANGE COMMISSION, : 10 Civ. 4270 (SHS)
:
      Plaintiff, :
:
      - against - :
:
KENNETH IRA STARR, STARR INVESTMENT :
ADVISORS, LLC, and STARR & COMPANY, LLC, :
:
      Defendants :
:
DIANE PASSAGE and COLCAVE, LLC :
:
      Relief Defendants. :
------------------------------------------------------------- :

## NOTICE OF CHANGE OF ADDRESS

X    I have cases pending.

To:    Attorney Services Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for Timothy John Casey.

X    Attorney

        X    I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: TC-3857; my State Bar Number is: 4298097.

        X    I am a Government Agency attorney.

X    Law Firm / Government Agency Association

        X    From:  Clifford Chance US LLP
                 To:    Securities and Exchange Commission

        X    I continue to be counsel of record on the above-entitled case.

| | | |
|---|---|---|
| X | Address: | New York Regional Office - SEC<br>3 World Financial Center, Room 400<br>New York, NY 10281 |
| X | Telephone No. | (212) 336-1014 |
| X | Fax No. | (212) 336-1320 |
| X | E-mail Address: | caseyt@sec.gov |

Dated: June 2, 2010

*Timothy Casey*
Attorney's Signature