AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

___Southern___  DISTRICT OF  ___New York___

## APPEARANCE

Case Number: 1:10-cv-04270-SHS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff United States Securities and Exchange Commission

I certify that I am admitted to practice in this court.

| 6/3/2010 | _[signature]_ |
|---|---|
| Date | Signature |

| Maureen F. Lewis | ML-6929 |
|---|---|
| Print Name | Bar Number |

3 World Financial Center, Suite 400
Address

| New York | New York | 10281 |
|---|---|---|
| City | State | Zip Code |

| (212) 336-0125 | (212) 336-1324 |
|---|---|
| Phone Number | Fax Number |