UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiffs, | ) |
| - against - | ) |
| KENNETH IRA STARR, STARR INVESTMENT ADVISORS, LLC, and STARR & COMPANY, LLC, | ) 10 Civ. 4270 (SHS) |
| Defendants | ) |
| DIANE PASSAGE and COLCAVE, LLC | ) |
| Relief Defendants. | ) |

## NOTICE OF WITHDRAWAL

Pursuant to the Court's request at the June 1, 2010 hearing in this matter, Winston & Strawn LLP hereby confirms that no attorney from Winston & Strawn LLP is representing any party in this case.

Dated: June 4, 2010

Respectfully Submitted,

Richard Lawler
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

Of Counsel
Thomas J. Frederick
WINSTON & STRAWN LLP
35 West Wacker
Chicago, IL 60601-9703
(312) 558-5600