USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

U.S. SECURITIES AND EXCHANGE : 10 Civ. 4270 (SHS)
COMMISSION,
:
        Plaintiff,
:
   -against-                       ORDER

KENNETH IRA STARR, *ET AL.*,
:
        Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for the Securities and Exchange Commission and the interim receiver present, and defendants and relief defendants being represented for this appearance by Abbe Lowell, Esq.,

       IT IS HEREBY ORDERED that:

       1.     On explicit consent of all parties, the temporary restraining order entered in this action on May 27, 2010, is extended until July 8, 2010, at 5:00 p.m.; and

       2.     The hearing on plaintiff's motion for a preliminary injunction will take place on July 8, 2010, at 11:00 a.m.

Dated: New York, New York
       June 10, 2010

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.