USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

U.S. SECURITIES AND EXCHANGE : 10 Civ. 4270 (SHS)
COMMISSION,
:
         Plaintiff,
:
    -against-                          ORDER
:
KENNETH IRA STARR, *ET AL.*,
:
         Defendants.

------------------------------------------------------------x

       A pretrial conference having been held today, with counsel for plaintiff present, and no appearance on behalf of defendants,

       IT IS HEREBY ORDERED that:

       1.     Defendant Kenneth Starr's motion to stay this action [16] is granted and this action is stayed pending the outcome of the criminal action entitled U.S.A. v. Kenneth Starr, 10 Cr. 520 (SAS) or prior Order of this Court;

       2.     Aurora Cassirer is appointed as receiver in this action for Starr Investment Advisors, LLC, Starr & Company, LLC, and Colcave, LLC;

       3.     The receiver shall submit periodic reports to the Court;

       4.     For the reasons set forth on the record, the Department of Justice's motion to intervene [17] is dismissed as moot;

       5.     The Securities and Exchange Commission may amend the complaint during the stay; and

6. The parties shall notify the Court when the criminal matter has concluded.

Dated: New York, New York
July 8, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.