AO 458 (Rev. 10/93)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

## APPEARANCE

Case Number:  10-CV-4270 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kenneth Starr and Diane Passage, for the purpose of litigating their motion to partially lift the stay and release assets and other such matters that the Court may address during the pendency of the overall stay of the case.

I certify that I am admitted to practice in this court.

| 8/5/2010 | | |
|---|---|---|
| Date | | |

| Signature | | |
|---|---|---|
| Abbe D. Lowell | | 2981744 |
| Print Name | | Bar Number |
| McDermott Will & Emery, 600 13th St, N.W. | | |
| Address | | |
| Washington | DC | 20005-3096 |
| City | State | Zip Code |
| (202) 756-8000 | | (202) 756-8087 |
| Phone Number | | Fax Number |