UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,  :

          Plaintiff,  :

          -against-  :

KENNETH STARR, STARR INVESTMENT
ADVISORS, LLC, and STARR & COMPANY,
LLC.,  :

          Defendants,  :

DIANE PASSAGE and COLCAVE, LLC,  :

          Relief Defendants.  :

---

10-cv-4270 (SHS)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the Motion To Partially Lift Stay To Release Assets and the exhibits thereto, Defendant Kenneth I. Starr and Relief Defendant Diane Passage, by and through its attorneys, McDermott Will & Emery LLP, will move this Court on a date and time to be determined at the Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order granting the attached Motion pursuant to Rule 7 of the Federal Rules of Civil Procedure on the grounds that the preliminary injunction order entered on July 8, 2010 is overly broad and certain assets frozen under this Order should be equitably released.  Defendants further request such other and further relief as the Court deems just and proper.

- 2 -

Dated: New York, New York
      August 6, 2010

                              **McDERMOTT WILL & EMERY LLP**

                              By:    /s/ Abbe David Lowell
                                     Abbe David Lowell
                                     600 Thirteenth Street NW
                                     Washington DC 20005-3096
                                     Tel: (212) 756-8000

                                     Obiamaka P. Madubuko
                                     340 Madison Avenue
                                     New York, New York 10173-1922
                                     Tel: (212) 547-5400
                                     Email: omadubuko@mwe.com

                                     *Attorneys for Defendants Kenneth Starr and*
                                     *Diane Passage*