TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: 212-704-6000
Fax: 212-704-6288
Lee W. Stremba

*Attorneys for Receiver Aurora Cassirer*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

-against-

KENNETH IRA STARR, STARR INVESTMENT
ADVISORS, LLC, and STARR & COMPANY, LLC,

              Defendants,

DIANE PASSAGE and COLCAVE, LLC,

              Relief Defendants.
------------------------------------x

10 CIV. 4270 (SHS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/10

ORDER REGARDING THE DISPOSITION OF
ORIGINAL FILES OF CLIENTS OF STARR INVESTMENT
ADVISORS, LLC AND STARR & COMPANY, LLC

Upon the letter application of Aurora Cassirer (the "Receiver"), as receiver for Defendants Starr Investment Advisors, LLC("SIA") and Starr & Company, LLC ("Starrco") and Relief Defendant Colcave, LLC ("Colcave"), and upon the consent of the Plaintiff Securities and Exchange Commission (the "SEC"), it is hereby:

ORDERED, that the Receiver is authorized to deliver or turn over to former clients of Defendants SIA or Starrco any and all original books, records and files which were maintained

1428449v3

by SIA or Starrco for and on behalf of such clients and which are currently or hereafter may come within the possession, custody or control of the Receiver, provided that before any original books, records or files are turned over by the Receiver to a former client of SIA or Starrco, the Receiver must provide said former client with a copy of this Order and obtain from said former client a signed undertaking and acknowledgment that: (a) while this action remains pending, or until further order of this Court, the client will make such books, records and documents available to the SEC upon the Receiver's request and will not destroy any such books, records and files; and (b) such client's failure to produce documents or failure to preserve documents in accordance with such undertaking may be deemed a contempt of Court; and it is further

ORDERED, that to the extent that the authority hereby granted to the Receiver may be deemed inconsistent with the provisions of this Court's Order dated July 8, 2010 (Docket No. 19), which, *inter alia*, granted the SEC's motion for preliminary injunctive relief and appointed the Receiver over the estates of SIA, Starrco and Colcave (the "July 8 Order"), the terms of this Order shall govern and the July 8 Order shall be deemed amended.

Issued at __4:30__ p.m., at New York, New York, this 27th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

1428449v3