```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

U.S. SECURITIES AND EXCHANGE         :     10 Civ. 4270 (SHS)
COMMISSION,
                                     :
            Plaintiff,
                                     :
   -against-                               ORDER
                                     :
KENNETH IRA STARR, *ET AL.*,
                                     :
            Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A pretrial conference having been held today, with counsel for plaintiff present, counsel for receiver present, and receiver Aurora Cassirer present,

    IT IS HEREBY ORDERED that:

    1.    For the reasons set forth on the record, defendant Kenneth Starr and relief defendant Diane Passage's motion to partially lift stay to release assets [25] is dismissed, without prejudice to renewal;

    2.    The motion for attorneys' fees filed by Aurora Cassirer, receiver, and Troutman Sanders LLP as counsel to the receiver [36] is granted. The Court awards attorneys' fees as follows:

    To Aurora Cassirer, receiver, for the period June 1, 2010, through August 31, 2010:

```
            $ 51,018.75 (attorneys' fees)
                 111.72 (expenses)
    Total   $ 51,130.47
```

        To Troutman Sanders LLP, counsel to the receiver, for the period June 7, 2010, through August 31, 2010:

$254,899.53 (attorneys' fees)
   1,994.75 (expenses)
Total  $256,894.28

    3.    There will be a pretrial conference on February 17, 2011, at 9:00 a.m.

Dated: New York, New York
       November 22, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.