LEE W. STREMBA
212.704.6143 telephone
212.704.5962 facsimile
lee.stremba@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0700
212.704.6000 telephone
troutmansanders.com



December 23, 2010



DEC 28 2010

**BY OVERNIGHT MAIL**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

[Handwritten note: 12/28/10 — Counsel for the Receiver should speak with a representative of the SEC in regard to this. If this is not the context of the advisory, has arisen investment timing and business being conducted with imperfect historical knowledge. Report in writing within 30 days. So ordered. 12/28/05 /s/ SHS USDJ]

Re:   **U.S. Securities and Exchange Commission v. Starr et al. (10-cv-04270-SHS)**

Dear Judge Stein:

This firm is counsel to Aurora Cassirer, the Receiver appointed in the above-captioned action for the estates of Defendants Starr Investment Advisors, LLC and Starr & Company, LLC, and Relief Defendant Colcave, LLC. By this letter, I respectfully respond to the letter, dated December 22, 2010, from counsel to Ronald Starr regarding deregistration of Starr Investment Advisors, LLC ("SIA").

Putting aside the lack of due process inherent in Mr. Starr's letter application, the Receiver agrees that SIA should be deregistered as quickly as possible. Unfortunately, form U-5 and Form AVW require historical and current financial disclosures which, in light of the incomplete and unreliable documents available to the Receiver and the fact that the Receiver has not been able to retain accountants in these receivership proceedings, Ms. Cassirer is not comfortable making. To address this issue, in addition to the letter that the Receiver sent to the SEC, we have also been in touch with the SEC to determine whether the disclosure requirements in Forms U-5 and AVW can be addressed in some fashion that does not put the Receiver in the position of making representations regarding SIA as to which she has insufficient knowledge, and to determine whether a Chapter 7 bankruptcy filing for SIA, which the Receiver plans to make in January, or no later than February, would result in an automatic deregistration of SIA.

ATLANTA   CHICAGO   HONG KONG   LONDON   NEW YORK   NEWARK   NORFOLK   ORANGE COUNTY   PORTLAND
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC

1438356v2

TROUTMAN
SANDERS

Hon. Sidney H. Stein
December 23, 2010
Page 2

     Given the impending holidays, I do not think it fair to expect to hear back from the SEC on these points, or for the Receiver to address this matter, until after New Years. On behalf of the Receiver, I therefore request that Your Honor refrain from taking any action on this matter until some reasonable date in January.

Respectfully submitted,

Lee W. Stremba

cc:    Aurora Cassirer, Receiver
        Timothy Casey, Esq., Securities and
        Exchange Commission (via email)
        Michael Bosworth, Esq., Office of
        the United States Attorney (via email)
        Michael J. Gilbert, Esq. (via email)

1438456v2