USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :    10 Civ. 4270 (SHS)
                         Plaintiff,  :
                               :    ORDER
            -against-  :

KENNETH IRA STARR, *ET AL.*  :

                        Defendants.  :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held on February 7, 2011, with counsel for plaintiff present, counsel for the receiver present, and receiver Aurora Cassirer present, and, the Court having reviewed the receiver's submission received on February 8, 2011,

    IT IS HEREBY ORDERED THAT, on consent of the SEC and the receiver,

    1.    The Second Interim Application of Aurora Cassirer and Troutman Sanders for Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [Docket No. 42] is granted. The Court awards attorneys' fees and expenses as follows:

    To Aurora Cassirer, receiver, for the period September 1, 2010, through November 30, 2010:

```
         $ 21,525.00 (attorneys' fees)
            1,063.55 (expenses)
   Total  $ 22,588.55
```

To Troutman Sanders LLP, counsel to receiver, for the period September 1, 2010, through November 30, 2010:

$ 119,368.13 (attorneys' fees)
20,420.69 (expenses)
Total   $ 139,788.82

2. There will be a pretrial conference on April 7, 2011 at 2:00 p.m.

Dated: New York, New York
February 9, 2011

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.