UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

KENNETH IRA STARR, STARR INVESTMENT ADVISORS, LLC, and STARR & COMPANY, LLC,

                Defendants.

DIANE PASSAGE and COLCAVE, LLC,

                Relief Defendants.

Case No.: 10-CV-4270 (SHS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               : ss.:
COUNTY OF NEW YORK  )

      Sanya Knight, being duly sworn, deposes and says:

      1.    I am over the age of eighteen, not a party to the action, and reside in the County of Queens, State of New York.

      2.    On March 16, 2011 the undersigned served a true and accurate copy of the **ORDER TO SHOW CAUSE AND SUPPORTING DOCUMENTS** by enclosing a true and accurate copy of same in a Federal Express envelope with a correctly addressed airbill affixed thereto and by leaving it with a Federal Express representative addressed to the following:

Troutman Sanders LLP
405 Lexington Avenue
New York, New York 10174
Attn: Brett David Gordon
Airbill #: 872936298608

Securities Exchange Commission
3 World Financial Center
Room 4300
New York, New York 10281
Attn: Todd Daniel Brody
Airbill #: 872936298593

Michael Scott Bosworth
United States Department of Justice
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007
Airbill#: 8729368298582

Said addresses having been designated addresses for service of papers in action.

_Sanya Knight_

Sworn to before me this
16th day of March, 2011

_Genese Valente_
Notary

GENESE VALENTINE
Notary Public, State of New York
No. 01VA6128820
Qualified in Westchester County
Commission Expires June 20, 2013