USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/12

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: 212-704-6000
Fax: 212-704-6288
Lee W. Stremba

*Attorneys for Receiver Aurora Cassirer*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

                10 CIV. 4270 (SHS)

-against-

KENNETH IRA STARR, STARR INVESTMENT
ADVISORS, LLC, and STARR & COMPANY, LLC,

                Defendants,

DIANE PASSAGE and COLCAVE, LLC,

                Relief Defendants.
------------------------------------------------------------x

**ORDER TERMINATING RECEIVERSHIPS OF STARR INVESTMENT**
**ADVISORS, LLC AND STARR & COMPANY, LLC**

Upon the motion of Aurora Cassirer (the "Receiver"), as receiver for Defendants Starr Investment Advisors, LLC("SIA") and Starr & Company, LLC ("Starrco") and Relief Defendant Colcave, LLC ("Colcave"), for an Order terminating the receiverships of SIA and Starrco and granting related relief (the "Motion"); and upon the consent of the Plaintiff Securities and Exchange Commission (the "SEC"), and due and sufficient notice having been given, it is hereby *for the reasons set forth on the record in open court on January 19, 2012,*

ORDERED, that the Motion is granted to the extent set forth below; and it is further

1476927v2

ORDERED, that the receiverships of SIA and Starrco and Coleave, LLC are hereby terminated; and it is further

ORDERED, that the Receiver and her employees, agents and attorneys are hereby released and discharged from: (a) any further duties or obligations with respect to the SIA and Starrco and Coleave, LLC receiverships, and (b) any liability for all actions related to the SIA and Starrco and Coleave, LLC receiverships and for serving as the Receiver for SIA and Starrco and Coleave, LLC; provided that the Receiver shall have the continuing duty to turn over to the Chapter 7 trustee for SIA and Starrco assets or property of those estates, as set forth below; and it is further

ORDERED, that the Receiver is authorized and directed to turn over to the Chapter 7 trustee for SIA and Starrco all funds held by the Receiver in the receivership accounts for those entities; and it is further

ORDERED, that the Receiver is authorized and directed to turn over to the Chapter 7 trustee for SIA and Starrco all other assets or property of the SIA and/or Starrco estates in the Receiver's possession, custody or control, including without limitation books and records of SIA and Starrco and files maintained by SIA or Starrco for their former clients and computer equipment, art work, decorative objects, books, memorabilia and other personal property located at the Starrco office premises at 850 Third Avenue, New York, New York.

Issued at \_\_\_3 p.m., at New York, New York, this 19 day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE