USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

U.S. SECURITIES AND EXCHANGE : 10 Civ. 4270 (SHS)
COMMISSION,
:
                Plaintiff,
:
-against-                ORDER
:
KENNETH IRA STARR, *ET AL.*,
:
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       In light of the fact that defendants Starr Investment Advisor, LLC, and Starr & Company, LLC are in Chapter 7 bankruptcy proceedings,

       IT IS HEREBY ORDERED that this action is dismissed as to those defendants without prejudice to their reinstatement at the conclusion of the bankruptcy proceedings.

Dated: New York, New York
       October 11, 2012

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.