Starr, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------:
SECURITIES AND EXCHANGE COMMISSION,  :
                                Plaintiff,  :
                       - against -  :    10 Civ. 4270 (SHS)

KENNETH IRA STARR,  :    ECF CASE
STARR INVESTMENT ADVISORS, LLC,  :
STARR & COMPANY, LLC,  :
and  :
JONATHAN STAR BRISTOL,  :
                                Defendants,  :

DIANE PASSAGE  :
and  :
COLCAVE, LLC,  :
                        Relief Defendants.  :
------------------------------------------------------:

## ORDER OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST RELIEF DEFENDANT COLCAVE, LLC

WHEREAS the United States Securities and Exchange Commission ("SEC" or "Commission") commenced an action against Colcave, LLC ("Colcave") as a relief defendant captioned *SEC v. Starr, et al*, 10 Civ. 4270 (S.D.N.Y.) asserting that Colcave was a limited liability company established and controlled by Defendant Kenneth Ira Starr ("Starr") and that Colcave was the owner of a condominium apartment known as 433 East 74th Street, Unit 1C, New York, New York, 10221 ("Apartment"), which was purchased with funds that were misappropriated by Starr and the other Defendants in this action;

WHEREAS on or about October 13, 2011, the Court in *United States v. Kenneth Starr*, 10-Cr-520 (S.D.N.Y.) entered a Final Order of Forfeiture forfeiting all of Starr's rights, title, and interest in the real property and appurtenances of the Apartment; and

WHEREAS plaintiff has obtained information which evidences that Colcave is defunct and has no other assets, income, or operations;

ACCORDINGLY, Plaintiff Securities and Exchange Commission voluntarily dismisses all the claims against Relief Defendant Colcave, LLC in this proceeding pursuant to Fed. R. Civ. P. 41(a)(1)(A).

By: _____
Todd D. Brody, Esq.
Attorney for Plaintiff
Securities and Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281
(212) 336-0080

___July 26, 2013___
Date

**SO ORDERED:** 7/29/13

_____
U.S.D.J.